IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY GENO MARTINSON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-32 |
| v. | |
| STATE OF GEORGIA, | |
| Defendant. | |

**O R D E R**

Petitioner Anthony Geno Martinson initiated this case by filing a Petition for Writ of Habeas Corpus, along with a Motion for Leave to Proceed In Forma Pauperis, on February 4, 2022. (Docs. 1, 2.)  On February 24, 2022, the United States Magistrate Judge issued a Report & Recommendation recommending that the Petition be dismissed because it appeared that, since filing the Petition, Petitioner had been transferred from the Liberty County Jail, in this District, to the Boone County Jail, in the Eastern District of Kentucky, and thus this Court no longer had jurisdiction over the Petition.[1]  (Doc. 3.)  Four days after the issuance of the Report & Recommendation, Petitioner filed a Notice of Voluntary Dismissal, stating that, since filing his Petition, he had been "extradited and no longer ha[s] any need for this filing." (Doc. 4.)  He requested "the dismissal of th[e] motion and the closure of this . . . case," and he also asked that the Court mail him a copy of any dismissal order as well as a copy of his Petition and any other documents that have been filed in the case, for his records. (Id.)  He provided the Court with his updated address (at the Boone County Jail). (Id.)

---

[1] Although Petitioner had not formally provided notice of a new address, the Clerk of Court sent a copy of the Report and Recommendations to Petitioner's attention at the Boone County Jail, in addition to the Liberty County Jail.

As no answer or motion for summary judgment has been filed in this case, Petitioner is entitled, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), to dismiss the case without need for a court order. Petitioner has not requested that the case be dismissed with prejudice. Accordingly, Petitioner's case has been dismissed without prejudice and the Clerk of Court is **DIRECTED** to **SEND** Petitioner a copy of all documents filed in this case and to **TERMINATE** the Defendant and all pending motions, (docs. 2, 3, 4), and to **CLOSE** this case.

**SO ORDERED**, this 13th day of April, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA